**Order entered October 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00903-CV

### IN THE INTEREST OF L.E.H., JR. AND A.C.H., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-01358-Z**

## ORDER

Before the Court is appellant's September 28, 2018 motion for additional time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 4, 2018. As this is an accelerated appeal, we caution appellant that further extension requests will be disfavored.

/s/    DAVID EVANS
        JUSTICE